UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| GRAHAM C. MACROBIE, a natural person,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW A. HIGGS, a natural person; LEWIS BRISBOIS BISGAARD & SMITH LLP, a limited liability partnership;<br><br>FELICIA R. MEYERS, a natural person;<br><br>MEYER, OLSON, LOWY & MEYERS, LLP, a limited liability partnership;<br><br>and DOES 1 -100, inclusive,<br><br>Defendants. | CASE NO. 8:16-cv-00346 JLS (KESx)<br>[Assigned to: Hon. Josephine L. Staton, Courtroom 10A]<br><br>[Referred to Magistrate Judge Karen E. Scott, Courtroom 6D]<br><br>**FINAL JUDGMENT** |

1  |  Pursuant to the Court's order dated June 9, 2016, all claims having been
2  |  adjudicated in favor of Defendants,
3  |  It is hereby ordered, adjudged and decreed that this Final Judgment of
4  |  Dismissal with prejudice is entered in favor of Defendants ANDREW A. HIGGS,
5  |  LEWIS BRISBOIS BISGAARD & SMITH LLP, FELICIA R. MEYERS, and
6  |  MEYER, OLSON, LOWY & MEYERS, LLP and against plaintiff GRAHAM C.
7  |  MACROBIE.  Plaintiff GRAHAM C. MACROBIE shall take nothing by way of his
8  |  complaint against Defendants.

DATED: July 26, 2016

_____
Hon. Josephine L. Staton,
United States District Judge